UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,

    Plaintiff,

v.       Case No. 3:25cv741-MCR-HTC

RICKY DIXON,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated June 4, 2025 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice because Tobin is a three-striker under 28 U.S.C. § 1915(g) who has neither paid the filing fee nor alleged he is in imminent danger of serious physical injury.

3. The clerk is directed to close the case file.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**